## MISSOURI, KANSAS & TEXAS RAILWAY COMPANY *v.* WISE.

ERROR TO THE SUPREME COURT OF THE STATE OF TEXAS.

No. 177. Motion to dismiss or affirm submitted March 14, 1910.—
Decided March 21, 1910.

Writ of error to review a judgment of the state court in an action for personal injuries dismissed, without opinion, for want of jurisdiction. Writ of error to review 101 Texas, 459, dismissed.

*Mr. James Hagerman, Mr. J. M. Bryson,* and *Mr. Cecil H. Smith* for the plaintiff in error.

*Mr. C. B. Randell* and *Mr. Judson H. Wood* for the defendant in error.

*Per Curiam.* Dismissed for the want of jurisdiction.

---

## CHASE *v.* PHILLIPS.

ERROR TO THE SUPREME JUDICIAL COURT OF THE STATE OF MASSACHUSETTS.

No. 724. Motion to dismiss or affirm submitted March 14, 1910.—
Decided March 21, 1910.

Writ of error to review 201 Massachusetts, 444, dismissed, without opinion, for the want of jurisdiction.

*Mr. Joseph H. Soliday, Mr. Richard Y. FitzGerald,* and *Mr. Frederic D. McKenney* for the plaintiff in error.

*Mr. Moorfield Storey* and *Mr. Ezra Ripley Thayer* for the defendants in error.

*Per Curiam.* Dismissed for the want of jurisdiction.